**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-6816**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RAHNAUN A. WILKERSON, a/k/a Ray Ray,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CR-99-385)

―――――――――

Submitted: November 29, 2001      Decided: December 21, 2001

―――――――――

Before MICHAEL, KING, and GREGORY, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Mary E. Cox, BLAIR & LEE, P.C., Hyattsville, Maryland, for Appel-
lant. Kenneth E. Melson, United States Attorney, T.C. Spencer
Pryor, Special Assistant United States Attorney, Gene Rossi, Assis-
tant United States Attorney, Alexandria, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rahnaun Andre Wilkerson appeals the district court's order denying his motion to reduce his sentence under Fed. R. Crim. P. 35(b), based upon substantial assistance, and his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the parties' briefs, the joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Wilkerson</u>, No. CR-99-385 (E.D. Va. filed Apr. 5, 2001 & entered Apr. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>